Exhibit 1

February 22, 2022

This is a request for records under the Freedom of Information Act
5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be
considered under both statutes to maximize the release of records.

REQUESTER INFORMATION
Name: Jason Leopold
Position: Investigative Reporter
Address: 1669 Benedict Canyon Dr., Beverly Hills, CA 90210
Email: jasonleopold@gmail.com

I request disclosure from CIA the following records:

1. All records, such as emails, memos, letters, text messages, reports,
mentioning or referring to Presidential Records removed from the Trump White
House that were stored at Mar-a-Lago.

2. All records, such as emails, memos, text messages, letters, reports,
CIA personnel exchanged with the National Archives, Department of Justice, NSA, FBI Defense
Intelligence Agency, DOD, ODNI, and the State Department mentioning or referring to boxes of
Presidential Records removed from the Trump White House that were stored at Mar-a-Lago;
classified information and boxes of Presidential Records from the Trump White House that
were stored at Mar-a-Lago.

3. Any and all damage assessments, specifically reports documenting damage
to national security or the potential damage to national security, that
resulted from the removal of presidential records from the Trump White House
and the storage of those Presidential Records at Mar-a-Lago.

4. Any and all criminal referrals sent to the Department of Justice mentioning or referring to the
removal of presidential records from the Trump White House
and the storage of those Presidential Records at Mar-a-Lago.

5. All records, such as emails, letters, memos, text messages reports,
mentioning or referring to Presidential Records from the Trump White House
that were destroyed and Presidential Records from the Trump White House that
were allegedly flushed down the toilet.

Please be sure the search for responsive records includes the following offices and divisions:
Deputy Director, Executive Director, Deputy Executive Director, Chiefs of Staff, Congressional
Affairs, Directorates of Analysis, Operations, Science and Technology and National Clandestine
Service,

Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall

(i) withhold information under this section only if

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

CIA should not fail to comply with this mandatory part of the FOIA as recently amended by Congress. The Agency is required to identify what reasonably foreseeable harm would flow from release of the information withheld, nor did it consider a partial disclosure of the information, taking reasonable steps to segregate and release nonexempt information.

NSTRUCTIONS REGARDING SEARCH

1. Instructions Regarding "Leads":
As required by the relevant case law, the CIA should follow any leads it discovers during the conduct of its searches and perform additional searches when said leads indicate that records may be located in another system.  Failure to follow clear leads is a violation of FOIA.

2. Request for Public Records:
Please search for any records even if they are already publicly available.

3. Request for Electronic and Paper/Manual Searches:
I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted.

4. Request for Search of Filing Systems, Indices, and Locations:
I request that the CIA search all of its offices and components, which are likely to contain responsive records.
5. Request regarding Photographs and other Visual Materials:

I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the CIA maintain a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

6. Request for Duplicate Pages:
I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

7. Request to Search Emails:
Please search for emails relating to the subject matter of my request.

8. Request for Search of Records Transferred to Other Agencies:
I request that in conducting its search, the CIA disclose releasable records even if they are available publicly through other sources outside the CIA components, such as CIA.

9. Regarding Destroyed Records
If any records responsive or potentially responsive to my request have been destroyed, my request includes, but is not limited to, any and all records relating or referring to the destruction of those records. This includes, but is not limited to, any and all records relating or referring to the events leading to the destruction of those records.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS
Please interpret the scope of this request broadly. The CIA is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

FEE CATEGORY
I am the senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News .I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.



Central Intelligence Agency

Washington, D.C. 20505

Exhibit 2

25 February 2022

Jason Leopold
1669 Benedict Canyon Drive
Beverly Hills, CA 90210
jasonleopold@gmail.com

Reference: F-2022-00877

Dear Requester:

On 23 February 2022, the Office of the Information and Privacy Coordinator received your 22 February 2022 correspondence seeking, under the Freedom of Information Act, the following:

1. All records, such as emails, memos, letters, text messages, reports, mentioning or referring to Presidential Records removed from the Trump White House that were stored at Mar-a-Lago.
2. All records, such as emails, memos, text messages, letters, reports, CIA personnel exchanged with the NationalArchives, Department of Justice, NSA, FBI Defense Intelligence Agency, DOD, ODNl,and the State Department mentioning or referring to boxes of Presidential Records removed from the Trump White House that were stored at Mar-a-Lago;classified information and boxes of Presidential Records from the TrumpWhite House that were stored at Mar-a-Lago.
3. Any and all damage assessments, specifically reports documenting damage to national security or the potential damage to national security, that resulted from the removal of presidential records from the Trump White House and the storage of those Presidential Records at Mar-a-Lago.
4. Any and all criminal referrals sent to the Department of Justice mentioning or referring to the removal of presidential records from the Trump White House and the storage of those Presidential Records at Mar-a-Lago.
5. All records, such as emails, letters, memos, text messages reports, mentioning or referring to Presidential Records from the Trump White House that were destroyed and Presidential Records from the Trump White House that were allegedly flushed down the toilet.

This letter serves to acknowledge that CIA received your request, and to further let you know that this office assigned your request the reference number provided above. Citing this number in future correspondence will allow us to more efficiently locate your case information.

In the event that we have questions or require additional information or clarification from you to proceed with processing your request, a representative will contact you. Unless you object, this

office will search for CIA-originated records only up to and including the date that the Agency begins its search.

We note your request for a waiver of applicable fees, and as a matter of administrative discretion, this office is waiving fees associated with your query.

To check the status of your request, please visit: https://www.cia.gov/readingroom/request/status and input the reference number provided above or call this office at (703) 613-1287.

Sincerely,

Andra Barker
Acting Information and Privacy Coordinator

## Request for estimated date of completion for CIA FOIA request F-2022-00877
1 message

**Jason Leopold** &lt;jasonleopold@gmail.com&gt;   Tue, Jun 14, 2022 at 5:30 PM
Reply-To: jasonleopold@gmail.com
To: ANDRAWB &lt;andrawb@ucia.gov&gt;

Hi Andra,
May I have an estimated date of completion for this request?

Best,
Jason

On Fri, Feb 25, 2022 at 11:54 AM Public_Access_Request_Branch@ucia.gov &lt;Public_Access_Request_Branch@ucia.gov&gt; wrote:

> Dear Requester:
>
> Attached is an initial response to your Freedom of Information Act (FOIA) query of 22 February 2022. Please review the attachment, and should you have any questions, please call the CIA FOIA Hotline at +1 (703) 613-1287.
>
> Regards,
>
> Public Access Requests Branch
>
> Central Intelligence Agency
>
> ---
>
> ***Warning – Please DO NOT REPLY to this e-mail. This e-mail is used solely to provide a response to your Freedom of Information Act (FOIA) request of the Central Intelligence Agency (CIA), and is not a means of communicating with CIA regarding your request. As a result, the account from which this message originated is not routinely monitored. Should you have any questions or concerns about our response, please call the CIA FOIA Hotline at +1 (703) 613-1287.***

--
BuzzFeed.News

**Jason Leopold** | **BuzzFeed News** | Senior Investigative Reporter | (213) 270-4334 | @jasonleopold
1669 Benedict Canyon Drive, Beverly Hills, CA 90210
**Signal**: (213) 270-4334
**Send me documents and tips, anonymously and securely on Signal or Proton Mail** jasonleopold@protonmail.com



Central Intelligence Agency

Washington, D.C. 20505

Exhibit 4

15 June 2022

Jason Leopold
jasonleopold@gmail.com

Reference: F-2022-00877

Dear Requester:

On 15 June 2022, the Office of the Information and Privacy Coordinator received your 14 June 2022 correspondence seeking an update on the status of your above-referenced Freedom of Information Act request.

Please be assured that we are currently processing your request and will advise you of the Agency's determination as soon as possible. Our estimated completion date is 25 December 2023. Please note, this is only an estimated date and is subject to change. Meanwhile, we appreciate your patience while we continue to process your request.

To check the status of your request, please visit: https://www.cia.gov/readingroom/request/status and input the reference number provided above or call this office at (703) 613-1287.

Sincerely,

Anthony J. Capitos
Information and Privacy Coordinator

February 22, 2022

This is a request for records under the Freedom of Information Act
5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

I request disclosure from the NSA the following records:

1. All records, such as emails, memos, letters, text messages, reports, mentioning or referring to Presidential Records removed from the Trump White House that were stored at Mar-a-Lago.

2. All records, such as emails, memos, text messages, letters, reports,
NSA personnel exchanged with the National
Archives, Department of Justice, CIA, FBI Defense Intelligence Agency, DOD and the State Department mentioning or referring to boxes of Presidential Records removed from the Trump White House that were stored at Mar-a-Lago; classified information and boxes of Presidential Records from the Trump White House that were stored at Mar-a-Lago.

3. Any and all damage assessments, specifically reports documenting damage to national security or the potential damage to national security, that resulted from the removal of presidential records from the Trump White House and the storage of those Presidential Records at Mar-a-Lago.

4. Any and all criminal referrals sent to the Department of Justice mentioning or referring to the removal of presidential records from the Trump White House and the storage of those Presidential Records at Mar-a-Lago.

5. All records, such as emails, letters, memos, text messages reports, mentioning or referring to Presidential Records from the Trump White House that were destroyed and Presidential Records from the Trump White House that were allegedly flushed down the toilet.

Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall

(i) withhold information under this section only if

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

NSA should not fail to comply with this mandatory part of the FOIA as recently amended by Congress. The Agency is required to identify what reasonably foreseeable harm would flow from release of the information withheld, nor did it consider a partial disclosure of the information, taking reasonable steps to segregate and release nonexempt information.

I am the senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

Exhibit 6



**NATIONAL SECURITY AGENCY**
FORT GEORGE G. MEADE, MARYLAND 20755-6000

FOIA Case: 113731
16 March 2022

JASON LEOPOLD
BUZZFEED NEWS
1669 BENEDICT CANYON DR
BEVERLY HILLS CA  90210

Dear Jason Leopold:

This is an initial response acknowledging your Freedom of Information Act (FOIA) request dated 22 February 2022, and received on 23 February 2022. It has been assigned Case Number 113731. Your request seeks:

1. *All records, such as emails, memos, letters, text messages, reports, mentioning or referring to Presidential Records removed from the Trump White House that were stored at Mar-a-Lago.*
2. *All records, such as emails, memos, text messages, letters, reports, NSA personnel exchanged with the National Archives, Department of Justice, CIA, FBI Defense Intelligence Agency, DOD and the State Department mentioning or referring to boxes of Presidential Records removed from the Trump White House that were stored at Mar-a-Lago; classified information and boxes of Presidential Records from the Trump White House that were stored at Mar-a-Lago.*
3. *Any and all damage assessments, specifically reports documenting damage to national security or the potential damage to national security, that resulted from the removal of presidential records from the Trump White House and the storage of those Presidential Records at Mar-a-Lago.*
4. *Any and all criminal referrals sent to the Department of Justice mentioning or referring to the removal of presidential records from the Trump White House and the storage of those Presidential Records at Mar-a-Lago.*
5. *All records, such as emails, letters, memos, text messages reports, mentioning or referring to Presidential Records from the Trump White House that were destroyed and Presidential Records from the Trump White House that were allegedly flushed down the toilet.*

Date range of requested documents: September 1, 2021 through the date the search for responsive records is conducted.

FOIA Case: 113731

This letter provides information relating to the processing of your request that we are required to inform you about pursuant to the FOIA, and applicable Department of Defense (DoD) and NSA regulations.

Due to the large volume of requests being received by this Agency, we are experiencing delays in processing. We have begun to process your request and will provide a more substantive response at a later date. Once we have completed a thorough review of your request, we will contact you should we require further clarification. Until further processing is done, we do not know if there will be assessable fees. Therefore, we will not address your fee category and/or your request for a fee waiver at this time.

Any correspondence related to your request should include the case number noted above and should be addressed to National Security Agency, FOIA Division (P132), 9800 Savage Road STE 6932, Ft. George G. Meade, MD 20755-6932 or may be sent by facsimile to 443-479-3612. If sent by fax, it should be marked for the attention of the FOIA Division. The telephone number of the FOIA Division is 301-688-6527.

Sincerely,

*Andrew F.*

FOIA Customer Representative

---------- Forwarded message ---------
From: **Jason Leopold** <jasonleopold@gmail.com>
Date: Thu, Jun 9, 2022 at 9:48 AM
Subject: Re: [URL Verdict: Neutral][Non-DoD Source] Re: NSA FOIA Request 113731
To: foiarsc, foiarsc <foiarsc@nsa.gov>


Hi there,
You may omit news articles and press releases.

Best,
Jason


Jason Leopold
BuzzFeed News
Senior Investigative Reporter
(213) 270-4334 (Signal)
@jasonleopold
Send me documents and tips, securely and anonymously: tips.buzzfeed.com
PGP fingerprint: ACE4 2447 7163 6F94 4466 3591 5E7A E882 D89B DFFB
https://www.buzzfeednews.com/author/jasonleopold

On Thu, Jun 9, 2022, 9:46 AM foiarsc, foiarsc <foiarsc@nsa.gov> wrote:

> Dear Mr. Leopold:
>
> We received your inquiry for a status update on case 113731.  We are in the process of conducting the search for responsive records.  Can you please confirm that you are not seeking news media articles that this Agency may have in its possession related to this topic?
>
> The NSA Freedom of Information Act (FOIA)/Privacy Act (PA) divison treats all FOIA and PA requesters fairly by responding to each on a first-in, first-out basis in accordance with federal regulations.  Each request is unique; as such, there is no set timeframe for this process.  Each case that has responsive records goes through three levels of review prior to the final response.  The length of review in each phase depends on many factors, such as the number of pages and classification level.
>
> Please be advised that there are a significant number of FOIA requests ahead of yours in the FOIA backlog queue, such that we are unable to provide an estimated date of completion at this time.  A letter will be sent from the NSA FOIA/PA division once a case moves to the next phase of processing.
>
> NSA Freedom of Information Division
>
> (301) 688-6527
>
>
>
> **From:** Jason Leopold <jasonleopold@gmail.com>
> **Sent:** Monday, June 6, 2022 10:33 PM
> **To:** foia_case_officer <foia_case_officer@nsa.gov>
> **Subject:** [URL Verdict: Neutral][Non-DoD Source] Re: NSA FOIA Request 113731
>
>
> Please provide me with an estimated date of completion for this request.

Best,

Jason

On Wed, Mar 16, 2022 at 6:20 AM foia_case_officer <foia_case_officer@nsa.gov> wrote:

> Dear Jason Leopold:
>
> Attached is an initial FOIA response. NSA will contact you in the future as more information becomes available.
>
> Please following the instruction provided to you within the letter if you wish to contact us. Please do not respond to this email.
>
> NSA Freedom of Information Office
> (301) 688-6527

--

**BuzzFeed.News**

**Jason Leopold** | **BuzzFeed News** | Senior Investigative Reporter | (213) 270-4334 | @jasonleopold
1669 Benedict Canyon Drive, Beverly Hills, CA 90210
**Signal**: (213) 270-4334

**Send me documents and tips, anonymously and securely on Signal or Proton Mail** jasonleopold@protonmail.com

--

**BuzzFeed.News**

**Jason Leopold** | **BuzzFeed News** | Senior Investigative Reporter | (213) 270-4334 | @jasonleopold
1669 Benedict Canyon Drive, Beverly Hills, CA 90210
**Signal**: (213) 270-4334

**Send me documents and tips, anonymously and securely on Signal or Proton Mail** jasonleopold@protonmail.com