IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>        Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>        Defendants. | Civil Action No. 1:22–cv–01919–TSC |

**JOINT STATUS REPORT**

The parties respectfully submit the instant joint status report pursuant to the Court's March 21, 2023, and July 26, 2023, Minute Orders. Defendants state that they have been working diligently to address Plaintiff's Freedom of Information Act (FOIA) requests. As the Parties previously reported, The National Security Agency (NSA) sent its final response to Plaintiff's request on January 17. The Central Intelligence Agency (CIA) sent its final response to Plaintiff's request on January 23, 2023. Those responses indicated that NSA and CIA, respectively, could neither confirm nor deny whether records responsive to plaintiff's requests exist pursuant to FOIA Exemption (b)(7)(A). As previously reported, the agencies have determined that they will not assert those responses as to parts 1–4 of the Plaintiff's requests in light of intervening events. NSA and CIA are continuing to revise their responses accordingly. NSA and CIA will provide an update as to the status of their responses in the parties' next status report.

The Office of the Director of National Intelligence has completed searches for records responsive to Plaintiff's request, reviewed the results of those searches for responsiveness, and sent all responsive records for consultation or referral. As the parties previously reported, ODNI

will issue final agency decisions on each document within 30 days of when all consults on that document are returned. At this time, each document continues to have at least one consultation outstanding.

Dated: November 27, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel: 202-616-8480
julia.heiman@usdoj.gov

*Attorneys for Defendant*


*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL 0037
Merrick Wayne, D.C. Bar No. IL 0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*