IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>       Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>       Defendants. | Civil Action No. 1:22-cv-01919-TSC |

## JOINT STATUS REPORT

      The parties respectfully submit this joint status report. As previously reported, the National Security Agency (NSA) and the Central Intelligence Agency (CIA) issued interim revised responses to Plaintiff on April 18, 2024, stating that they could not confirm nor deny the existence of records responsive to subparts 3 and 4. As for subparts 1 and 2 (and again as previously reported) both agencies had completed their searches and responsiveness reviews and had provided responses as to those subparts, as well as subpart 5, on March 20, 2025, and March 21, 2025, respectively. However, in the course of preparing their responses, NSA and CIA identified additional searches to find additional records potentially responsive to Plaintiff's FOIA request.

      NSA has finished those supplemental searches and is currently processing the potentially responsive records. NSA anticipates making a release of records within the next 30 days and will continue to process the remaining potentially responsive records. CIA's supplemental searches remain ongoing.

      The Office of the Director of National Intelligence (ODNI) has completed searches for records responsive to Plaintiff's request, reviewed the results of those searches for responsiveness, and sent all responsive records for consultation or referral. ODNI issued an interim response on

December 11, 2025. ODNI will continue to issue final agency decisions on each document within 30 days of when all consults on that document are returned. ODNI anticipates that its next interim response will be made on or around March 6, 2026.

Pursuant to this Court's minute order dated December 9, 2025, the parties will submit their next joint status report on March 9, 2026.

Dated: February 6, 2026

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: 202-353-5980
christian.r.dibblee@usdoj.gov

*Counsel for Defendants*


*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL 0037
Merrick Wayne, D.C. Bar No. IL 0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*